HARRIET V. COLTON, APPELLANT, v. EDITH KREUTZINGER, RESPONDENT.

Submitted February 12, 1937—Decided April 30, 1937.

For the appellant, *Wall, Haight, Carey & Hartpence.*

For the respondent, *C. Raymond Lyons.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.